HOENINGHAUS et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 7, 1901.) No. 124. Appeal from the Circuit Court of the United States for the Southern District of New York. W. Wickham Smith, for appellants. Henry C. Platt, Asst. U. S. Atty. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Upon the answers received to questions certified to the supreme court (19 Sup. Ct. 305, 43 L. Ed. 576), the decision of the circuit court is affirmed.

---

RICHTER et al. v. ROBERTS et al. (Circuit Court of Appeals, Fifth Circuit. April 17, 1901.) No. 1,031. Appeal from the District Court of the United States for the Southern District of Florida. G. Bowne Patterson, for appellants. John D. Rouse and Wm. Grant, for appellees. Dismissed on stipulation of counsel.